No. 13,233.

Rocky Mountain Fuel Company et al. *v.* Industrial Commission et al.

(19 P. [2d] 1114)

Decided March 13, 1933.

Judgment affirmed en banc without written opinion. Mr. Justice Butler and Mr. Justice Campbell not participating.

Mr. Frank C. West, for plaintiffs in error.

Mr. Paul P. Prosser, Attorney General, Mr. M. S. Ginsberg, Assistant, for defendants in error.